UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14046-CR-MOORE

UNITED STATES OF AMERICA,

      Plaintiff(s),

vs.

QUINCY NATHANIEL GARVEY,
#75716-004

      Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Change of Plea, issued November 2, 2006 [81]. After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation [81] is hereby **ADOPTED**. The defendant Quincy Nathaniel Garvey is hereby adjudicated guilty of the offense charged.

DONE AND ORDERED in Chambers at Ft. Pierce, Florida this <u>4th</u> day of December, 2006.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record